IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD HALDERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1152-MLB |
| | ) |
| JO ANNE BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $3,933.14.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$3,933.14.**

IT IS SO ORDERED.

Dated this 24th day of February, 2006.

                                                  s/Monti Belot
                                                  MONTI L. BELOT
                                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
FLOYD HALDERMAN v.JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY
Civil Action No. 04-1152-MLB
ORDER GRANTING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

APPROVED BY:

**s/John L. Brennan**
John L. Brennan, KBA #12921
BRENNAN LAW GROUP P.A.
2024 North Woodlawn, Suite 405
Wichita, Kansas 67208-1200
Phone: 316 682-8500
Fax: 316 682-6222

Attorney for Plaintiff

ERIC F. MELGREN
United States Attorney

**s/Robin B. Moore**
Robin B. Moore, Ks.S.Ct.No. 10440
Assistant United States Attorney
1200 Epic Center
301 N. Main
Wichita, KS 67202
Phone: 316 269-6481
Fax: 316 269-6484
robin.moore@usdoj.gov

Attorneys for the United States